# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **RICHARD KERLEY,** | ) Case No. 4:22-cv-00020-BMM-JTJ |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, a Federally chartered corporation, and **BURLINGTON NORTHERN SANTA FE, LLC ("BNSF")**, a Delaware Corporation, | ) |
| **Defendants.** | ) |

This court having reviewed Defendants' Unopposed Motion to allow Amtrak's out of state claims personnel to participate remotely for mediation, and Plaintiff not objecting,

IT IS HEREBY ORDERED that the motion is GRANTED.

Amtrak's out of state claims personnel will be allowed to participate remotely for mediation that is scheduled for December 21, 2023. Defense counsel will make the arrangements necessary to allow such participation.

DATED this 28th day of November, 2023.

_____
John Johnston
United States Magistrate Judge