| | |
|---|---|
| **Michelle T. Friend** | **Mark Landman** *(Pro Hac Vice)* |
| **Benjamin O. Rechtfertig** | **LANDMAN CORSI BALLAINE &** |
| **HEDGER FRIEND, PLLC** | **FORD P.C.** |
| 2800 Central Avenue, Suite C | 120 Broadway, 13th Floor |
| Billings, Montana 59102 | New York, NY 10271 |
| (406) 896-4100 | (212) 238-4880 |
| mfriend@hedgerlaw.com | mlandman@lcbf.com |
| brechtfertig@hedgerlaw.com | |
| | **Andrew B. Charkow** *(Pro Hac Vice)* |
| | **LANDMAN CORSI BALLAINE &** |
| | **FORD P.C.** |
| | One Gateway Center, 22nd Floor |
| | Newark, NJ 07102 |
| | (973) 623-2700 |
| | acharkow@lcbf.com |

**Attorneys for Attorneys for National Railroad Passenger Corporation ("Amtrak") and BNSF Railway Co.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **RICHARD KERLEY,** | Case No. 4:22-cv-00020-BMM-JTJ |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK,** a Federally chartered corporation, and **BURLINGTON NORTHERN SANTA FE, LLC ("BNSF"),** a Delaware Corporation, | |
| Defendants. | |

1

WHEREAS, the above-entitled action has been fully resolved and settled out of Court as between Plaintiff and Defendants to the satisfaction of said parties;

NOW, THEREFORE, it is hereby stipulated between said parties, by and through their respective counsel of record, that the above-entitled action may, upon order of this Court, be dismissed with prejudice without costs or attorney's fees to any party, and the parties so move the Court.

A Proposed Order is provided herewith.

DATED this 6th day of March 2024.

        HEDGER FRIEND, PLLC

        By: /s/ Michelle T. Friend
         Attorney for Defendants


        TOWE AND FITZPATRICK, PLLC

        By: /s/ James T. Towe
         Attorney for Plaintiff